No. 515. MILEY JOHNSON ET AL. *v.* SETH SALMON ET AL. October 18, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. James M. Hays* for petitioners. No appearance for respondents.

No. 516. SMITH BELL & COMPANY, LIMITED, *v.* WENCESLAO TRINIDAD, COLLECTOR OF INTERNAL REVENUE FOR THE PHILIPPINE ISLANDS. October 18, 1920. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Clarence B. Miller* for petitioner. *The Solicitor General* and *Mr. Charles Marvin* for respondent.

No. 517. MACLEOD & COMPANY, INC., *v.* WENCESLAO TRINIDAD, COLLECTOR OF INTERNAL REVENUE FOR THE PHILIPPINE ISLANDS. October 18, 1920. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Clarence B. Miller* for petitioner. *The Solicitor General* and *Mr. Charles Marvin* for respondent.

No. 518. JOHN J. DIMMITT *v.* GLENN L. BREAKEY. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. M. Crane* for petitioner. No appearance for respondent.